Form cxdsch23

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:
Sergio E. Sandoval
319 Jackson St.
Aurora, IL 60505
SSN: xxx−xx−9552 EIN: N.A.

Case No. : 12−27468
Chapter : 13
Judge : Donald R. Cassling

---

## NOTICE OF CHAPTER 12 OR 13 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

☑ Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☐ Debtor has not certified that all domestic support obligations due have been paid.

☐ Receipt of Previous Discharge

☐ Other:

FOR THE COURT

Dated: August 28, 2014

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court